JS-6

1  MORGAN, LEWIS & BOCKIUS LLP
   REBECCA EISEN, State Bar No. 96129
2  LAUREN S. KIM, State Bar No. 210572
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   reisen@morganlewis.com
5  lkim@morganlewis.com

6  Attorneys for Defendants
   PEI WEI ASIAN DINER, LLC and
7  erroneously named P.F. CHANG'S III, LLC

8  (Plaintiffs' counsel on following page)

9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

| 13 | DAN HUANG, an individual, ALAN B. HAGORILES, an individual, and JUAN INGELMO, an individual, | Case No. CV 13-02839-GW(SHx) |
|---|---|---|
| | | **ORDER FOR DISMISSAL OF PLAINTIFFS' CLAIMS WITHOUT PREJUDICE** |
| | Plaintiffs, | |
| | vs. | Judge: Hon. George Wu |
| | PEI WEI ASIAN DINER, LLC, a Limited Liability Company, P.F. CHANG'S III, LLC, a Limited Liability Company, and Does 1 through 50, inclusive, | Action Removed: April 23, 2013 Trial Date: None Set |
| | Defendants. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER FOR DISMISSAL OF
PLAINTIFFS' CLAIMS WITHOUT PREJUDICE
CASE NO. CV13-02839-GW (SHx)

1  Edward W. Choi, Esq. SBN 211334
2  Paul M. Yi, Esq. SBN 207867
   LAW OFFICES OF CHOI & ASSOCIATES, P.C.
3  3435 Wilshire Boulevard, Suite 2410
4  Los Angeles, CA 90010
   Telephone: (213) 381-1515
5  Facsimile: (213) 233-4409
   Email: edward.choi@calaw.biz
6

7  Larry W. Lee (State Bar No. 228175)
   DIVERSITY LAW GROUP, P.C.
8  550 S. Hope St., Suite 2655
9  Los Angeles, California 90071
   (213) 488-6555
10 (213) 488-6554 facsimile
   Email: lwlee@diversitylaw.com
11
   Attorneys for Plaintiffs
12 DAN HUANG, ALAN B. HAGORILES,
   and JUAN INGELMO
13

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   [PROPOSED] ORDER FOR DISMISSAL OF
    PLAINTIFFS' CLAIMS WITHOUT PREJUDICE
    CASE NO. CV13-02839-GW (SHx)

1 | Pursuant to stipulation by the parties and good cause appearing, the action entitled <u>Dan Huang, Alan Hagoriles and Juan Ingelmo, et al. v. Pei Wei Asian Diner, LLC, et al</u>. (Case No. 13-CV-02839-GW (SHx)) is hereby dismissed in its entirety without prejudice:

1) Plaintiffs Dan Huang, Alan Hagoriles and Juan Ingelmo's claims are all dismissed without prejudice; and, accordingly,

(2) the August 19, 2012 hearing date on Defendants' Motion to Compel Plaintiffs Alan Hagoriles and Juan Ingelmo's Claims To Arbitration And Stay Plaintiff Dan Huang's Claims is vacated.

**IT IS SO ORDERED.**

Dated: August 1, 2013

_____
Hon. GEORGE H. WU
U.S. District Court Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

2

[PROPOSED] ORDER FOR DISMISSAL OF
PLAINTIFFS' CLAIMS WITHOUT PREJUDICE
CASE NO. CV13-02839-GW (SHx)